*Adolph Kaufman, Milton C. Weisman, Arthur Sheinberg, Lester Samuels* and *Donald Jacoby* for appellants.

*John P. McGrath, Martin D. Jacobs* and *Frederick R. Adler* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: LEWIS, Ch. J., CONWAY, DESMOND, DYE, FULD, FROESSEL and VAN VOORHIS, JJ.

In the Matter of HILTON HOTELS CORPORATION, Appellant, against WILLIAM E. BOYLAND et al., Constituting the Tax Commission of the City of New York, Respondents. [2–20 and 22 W. 59th St., Borough of Manhattan.]

Argued January 13, 1954; decided February 25, 1954.

*Charles Lamb, Loretta A. Conway* and *Joseph Markle* for appellant.

*Denis M. Hurley, Corporation Counsel (Edith I. Spivack* and *Morris Handel* of counsel), for respondents.

Order affirmed, with costs; no opinion.

Concur: LEWIS, Ch. J., CONWAY, DESMOND, DYE, FULD, FROESSEL and VAN VOORHIS, JJ.

ELEANOR CABRI, Individually and as Administratrix of the Estate of EUGENE CABRI, Deceased, Respondent, *v.* LONG ISLAND RAIL ROAD COMPANY et al., Appellants.

Argued November 19, 1953; decided February 25, 1954.